ADAM LEVIN (SBN 156773)
 axl@msk.com
SAMANTHA E. BECKER (SBN 286301)
 seb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, CA  90064-1683
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendant
Warner Bros. Television, a division of
WB Studio Enterprises Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET

| | |
|---|---|
| CHRISTOPHER KLAUSEN an individual<br><br>            Plaintiff,<br><br>     v.<br><br>WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES, INC., a corporation; DOES 1 through 50, inclusive<br><br>            Defendants. | CASE NO. 2:15-cv-07318-MMM-GJS<br><br>Judge:     Hon. Margaret M. Morrow<br><br>**DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Declaration of Samantha E. Becker; and [Proposed] Order Filed Concurrently Herewith]*<br><br>(FEDERAL QUESTION JURISDICTION)<br><br>(REMOVED FROM LASC CASE NO. 591754)<br><br>**Demand For Jury Trial**<br><br>File Date:   August 17, 2015<br>Trial Date:   None Set |

Pursuant to Federal Rule of Civil Procedure 5.2(a)(1) and California Central District Court Local Rule 79-5.2.2(a), defendant Warner Bros. Television, a division of WB Studio Enterprises Inc. ("Defendant" or "Warner Bros. Television"), erroneously named as "Warner Bros. Television, a division of WB Studio Enterprises, Inc.", hereby applies for leave to file under seal "Exhibit 4" to the Declaration of Samantha E. Becker, filed in the above-entitled action in support of Defendant's Notice of Removal on September 17, 2015 (Docket 1-3, pages 237-240) and also filed in support of Defendant's Notice of Amended Removal on September 18, 2015 (Docket 10-4, pages 1-4).

The documents located at Docket 1-3, pages 237-240 and at Docket 10-4, pages 1-4 are identical. Thus, these identical documents will be referred to collectively herein as "Exhibit 4."

Good cause exists for Warner Bros. Television's Application as Exhibit 4 contains four pages that refer to Plaintiff's social security number which Defendant inadvertently included without redacting as required by Federal Rule of Civil Procedure 5.2(a)(1).

Pursuant to California Central District Court Local Rule 79-5.2.2(a) and pursuant to the "Pilot Program Instructions to Attorneys Procedures for Filing Under Seal Documents," this Application is accompanied by:

(i) The Declaration of Samantha E. Becker which (1) establishes good cause to file under seal, and (2) informs the Court that this Application is unopposed;

(ii) A proposed order that is (i) narrowly tailored to seal only the sealable material, (ii) lists in table form each document or portion thereof to be filed under seal, (iii) provides options to either grant or deny Defendant's Application, and (iv)

indicates that, if the Application is denied, the Clerk shall destroy chambers copies of the documents;

  (iii) A redacted version of any documents of which only a portion is proposed to be filed under seal, conspicuously labeled "REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," and attached hereto as **Exhibit 1**; and

  (iv) An unredacted version of the documents proposed to be filed under seal, conspicuously labeled "UNREDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL," with any proposed redactions highlighted, and attached as **Exhibit 1** to the Declaration of Samantha E. Becker, filed concurrently herewith.

DATED: December 11, 2015     Respectfully Submitted

ADAM LEVIN
SAMANTHA E. BECKER
MITCHELL SILBERBERG & KNUPP LLP

By: /s/ Samantha E. Becker
  Samantha E. Becker
  Attorneys for Defendants
  Warner Bros. Television, a division of
  WB Studio Enterprises Inc.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 11377 West Olympic Boulevard, Los Angeles, CA 90064-1683, and my business email address is dpd@msk.com.

On **December 11, 2015**, I served a copy of the foregoing document(s) described as **DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL, EXHIBIT 1** on the interested parties in this action at their last known address as set forth below by taking the action described below:

Michael J. Bononi
Jarryd M. Cooper
BONONI LAW GROUP, LLP
915 Wilshire Boulevard, Suite 1950
Los Angeles, California 90071
Telephone: (213) 553-9200
Facsimile: (213) 553-9215
Email: mbononi@bononilawgroup.com
Email: jcooper@bononilawgroup.com

*Attorneys for Plaintiff Christopher Klausen*

☑ **BY MAIL**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and deposited each envelope in the mail at Los Angeles, California. Each envelope was mailed with postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on **December 11, 2015**, at Los Angeles, California.

_____
Diane P. Davis