1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION - SPRING STREET

| | |
|---|---|
| CHRISTOPHER KLAUSEN an individual<br><br>Plaintiff,<br><br>v.<br><br>WARNER BROS. TELEVISION, a division of WB STUDIO ENTERPRISES, INC., a corporation; DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 2:15-cv-07318-MMM-GJS<br><br>Judge:  Hon. Margaret M. Morrow<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Application For Leave to File Under Seal; and Declaration of Samantha E. Becker Filed Concurrently Herewith]*<br><br>(FEDERAL QUESTION JURISDICTION)<br><br>(REMOVED FROM LASC CASE NO. BC 591754)<br><br>**Demand For Jury Trial**<br><br>File Date:  August 17, 2015<br>Trial Date:  None Set |

Pursuant to Local Rule 79-5.2.2(a), defendant Warner Bros. Television, a division of WB Studio Enterprises Inc. ("Defendant" or "Warner Bros. Television"), erroneously named as "Warner Bros. Television, a division of WB Studio Enterprises, Inc.", has applied for leave to seal all Exhibits in support of Defendant's Notice of Removal filed on September 18, 2015 (ECF 10-1 through 10-4, Page ID Nos. 789-1519):

| File Date | ECF Nos. | ECF Page ID Nos. to Seal |
|---|---|---|
| September 18, 2015 | 10-1 through 10-4 | 789-1519 |

**IT IS SO ORDERED.**

DATED: December 17, 2015

The Honorable Margaret M. Morrow
UNITED STATES DISTRICT JUDGE

Respectfully Submitted By:

ADAM LEVIN
SAMANTHA E. BECKER
MITCHELL SILBERBERG & KNUPP LLP


By:/s/ Samantha E. Becker
    Adam Levin
    Samantha E. Becker
    Attorneys For Defendant
    Warner Bros. Television, a division of
    WB Studio Enterprises Inc.

1

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL**

7292945.1